Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 16 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

## Western District of Virginia

### Fourth Circuit Division

| | |
|---|---|
| Keolattana Tootoo Saphilom POA for Anita Kingkeo and Sengchanh Kingkeo ) ) ) | Case No. 3:23cv00027 |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) ) ) ) ) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- ) ) ) | |
| Somken Vichittavong, Emma Kingkeo, Jackie Bae-Kingkeo, Vilay Alina Sengmanothong, and Nhom Boun Saichareune ) ) ) ) ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

    **A.      The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Keolattana Tootoo Saphilom POA Anita and Sengchanh Kingkeo |
| Street Address | 1370 Poindexter Road |
| City and County | Louisa in Louisa County |
| State and Zip Code | Virginia, 23093 |
| Telephone Number | 5715481072 |
| E-mail Address | keolattanasaphilom@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Somken Vichittavong |
| Job or Title *(if known)* | |
| Street Address | 2468 Sycamore Lakes Cover |
| City and County | Herndon in Fairfax County |
| State and Zip Code | Virginia, 20171 |
| Telephone Number | |
| E-mail Address *(if known)* | somken1@yahoo.com |

Defendant No. 2

| | |
|---|---|
| Name | Emma Alexandra Kingkeo |
| Job or Title *(if known)* | |
| Street Address | 2468 Sycamore Lakes Cover |
| City and County | Herndon in Fairfax County |
| State and Zip Code | Virginia, 20171 |
| Telephone Number | |
| E-mail Address *(if known)* | emma.kingkeo@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Jackie Bae Kngkeo |
| Job or Title *(if known)* | |
| Street Address | 4851 Cap Stine Road |
| City and County | Frederick in Frederick County |
| State and Zip Code | Maryland, 21703 |
| Telephone Number | |
| E-mail Address *(if known)* | jkingkeo@gmail.com |

Defendant No. 4

| | |
|---|---|
| Name | Vilay Alina Sengmanothong and Nhom Boun Saichereune |
| Job or Title *(if known)* | |
| Street Address | 265 Sewwtbriar Circle |
| City and County | Kingof Prussia in Montgomery County |
| State and Zip Code | Pennsylvania, 19406 |
| Telephone Number | |

E-mail Address *(if known)*      alinatui@yahoo.com

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*   Jackie Bae Kingkeo               , is a citizen of the State of *(name)*   Maryland                        .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*                                , is incorporated under the laws of the State of *(name)*                                , and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)*    Sengmanothong and Saichereune    , is a citizen of
the State of *(name)*    Pennsylvania    . Or is a citizen of
*(foreign nation)*    .

b.    If the defendant is a corporation
The defendant, *(name)*    , is incorporated under
the laws of the State of *(name)*    , and has its
principal place of business in the State of *(name)*    .
Or is incorporated under the laws of *(foreign nation)*    ,
and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$5,000,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants are negligent of the wrongful death and failure to madatory report for Peter Sakda Kingkeo, Decedent, who died in Reston Hospital in Reston, Virginia on May 21, 2021. Defendants have conspired for years to mentally and physically abuse, extort, and torture Decedent. Defendants isolated and spent years putting Decedent under duress in order to steal all his assets.Decedents prevented him from getting proper medical care and a kidney transplant ordered by his Doctors. Decedents publically humilidated him in front of friends, family, and aquiantances. Defendants all manipulated and committed illegal acts, one even threatened his life. Decedents are all responsible for Decedent's untimely death from years of duress, mental and physical abuse, extortion, and torture.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs would like to sue for all Mr. Kingkeo's assets they have stolen in the amount of $5,000,000.00 plus dollars.
Medical bills incurred while the deceased was alive related to the accident
Pain and suffering experienced by the deceased while alive
Loss of the deceased's lifetime income
Loss of services the deceased provided
Loss of any inheritance that would have otherwise been received
Loss of companionship or loss of consortium
Funeral costs
Award such other and further relief as this cause may require and this Court deems just and equitable.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            05/14/2023

Signature of Plaintiff        /s/ Keolattana Tootoo Saphilom POA A. and S. Kingkeo
Printed Name of Plaintiff     Keolattana Tootoo Saphilom

### B.    For Attorneys

Date of signing:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____